484

No. **60705.**—The Lee-Herrmann Co. *v.* United States, protest 278082–K (B) (New York).

Opinion by WILSON, J. The protest was dismissed.

No. **60706.**—Frank Thompson *v.* United States, protest 283528–K/7756 (Chicago).

Opinion by LAWRENCE, J. At the trial, Government counsel moved to dismiss the protest on the ground that the proceeding was, in substance, an appeal for a reappraisement in protest form. From the record, it appeared that written notice of appraisement was mailed to the consignee in due course, as provided in section 501, Tariff Act of 1930 (19 U. S. C. § 1501), as amended, but that no appeal for a reappraisement was ever filed, and that plaintiff herein had thereby lost the avenue of possible relief which was provided for him. The protest was, therefore, dismissed.

No. **60707.**—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc..*v.* United States, protest 273841–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Aladdin" rail lubricators and parts thereof similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.*, and *Daniel F. Young, Inc.* v. *United States* (33 Cust. Ct. 68, C. D. 1637), the claim of the plaintiffs was sustained.